IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZUFFA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3205 |
| | ) | |
| V. | ) | |
| | ) | |
| COREY L. HALLET, Individually, | ) | **ORDER** |
| and as officer, director, shareholder, | ) | |
| and/or principal of Hallett, Inc., d/b/a | ) | |
| Reno Sports Bar, and HALLETT, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon the "Notice of Settlement and Administrative Dismissal" (filing 8) filed herein by Plaintiff, Zuffa, LLC. Having considered the Notice and Plaintiff's representations that this matter has been fully resolved,

IT IS ORDERED:

1. The Clerk of the United States District Court for the District of Nebraska shall close this action for statistical purposes.

2. On or before August 2, 2011, Plaintiff shall file appropriate documents with the court dismissing this action. Plaintiff's failure to comply with this order will result in this action being dismissed without prejudice.

December 13, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge