IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZUFFA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3205 |
| | ) | |
| V. | ) | |
| | ) | **MEMORANDUM** |
| COREY L. HALLET, Individually, | ) | **AND ORDER** |
| and as officer, director, shareholder, | ) | |
| and/or principal of Hallett, Inc., d/b/a | ) | |
| Reno Sports Bar, and HALLETT, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

On December 13, 2010, this court ordered that "[o]n or before August 2, 2011, Plaintiff shall file appropriate documents with the court dismissing this action. Plaintiff's failure to comply with this order will result in this action being dismissed without prejudice." (Filing 9.) Plaintiff has not complied with this order. Hence, this matter shall be dismissed without prejudice.

IT IS ORDERED:

1. This case is dismissed without prejudice;

2. Judgment shall be entered by separate document.

DATED this 4th day of August, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge