IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZUFFA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3205 |
| | ) | |
| V. | ) | |
| | ) | |
| COREY L. HALLET, Individually, | ) | **JUDGMENT** |
| and as officer, director, shareholder, | ) | |
| and/or principal of Hallett, Inc., d/b/a | ) | |
| Reno Sports Bar, and HALLETT, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the court's memorandum and order issued this date, this case is dismissed without prejudice.

DATED this 4th day of August, 2011.

BY THE COURT:
*Richard G. Kopf*
United States District Judge